UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GREGORY D. SEALEY (#709363)

VERSUS

EDWARD BICKHAM, ET AL.

CIVIL ACTION

20-798-SDD-SDJ

### ORDER

The Court has carefully considered the *Report and Recommendations*[1] of the Magistrate Judge in the captioned matter, the Petitioner's *Objection*[2] and has conducted a *de novo* review of the Magistrate Judge's recommended disposition.[3]

The Court rejects the recommendation of dismissal of the Magistrate Judge. The Court finds that the interests of justice require an evidentiary hearing regarding the Petitioner's competence to stand trial and the claims of ineffective assistance of counsel.

**IT IS ORDERED** that this matter will be set for an evidentiary hearing at a date and time to be set by further order of this Court.

Signed in Baton Rouge, Louisiana the  28th  day of March, 2024.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 9
[2] Rec. Doc. 10
[3] 28 USC §636(b)(1)(C)